**Order filed September 27, 2022**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-22-00589-CV

———————

## METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant

### V.

## JOHN CARTER, Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-08386**

## O R D E R

Appellant's brief was due September 12, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within twenty (20) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.